**Dismissed and Opinion Filed February 13, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00665-CV**

**RICK WILLIAMS, Appellant**
**V.**
**RLD LIVING TRUST, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-02927-D**

## MEMORANDUM OPINION

Before Justices Garcia, Breedlove, and Kennedy
Opinion by Justice Breedlove

Appellant's brief in this case is overdue. By postcard dated December 19, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


230665f.p05

<u>/Maricela Breedlove/</u>
MARICELA BREEDLOVE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RICK WILLIAMS, Appellant

No. 05-23-00665-CV          V.

RLD LIVING TRUST, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-23-02927-D.
Opinion delivered by Justice Breedlove. Justices Garcia and Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 13th day of February, 2024.